Argued and submitted November 25, 1997, affirmed February 4, 1998

Michael MORRISSEY,
*Deceased,*
*and*

Betty Jane MORRISSEY,
*Appellants,*

*v.*

Deloy L. DENNIS
and Carol Ann (Sutton) Dennis,
*Respondents.*

(16-95-06606; CA A93853)

952 P2d 572

Harold D. Gillis argued the cause for appellants. With him on the briefs was Gleaves Swearingen Larsen Potter Scott & Smith.

James E. Mountain, Jr., argued the cause for respondents. With him on the brief were Judith Giers and Harrang Long Gary Rudnick P.C.

Before Haselton, Presiding Judge, Linder, Judge, and Rossman, Senior Judge.

PER CURIAM

## PER CURIAM

Plaintiffs, sellers of real property, appeal from a judgment that, *inter alia*, allowed strict foreclosure and specified that defendants' total remaining "payoff" obligation on the land sale contract was $51,395.14. Plaintiffs assert that the $51,395.14 figure was erroneous in that it did not include accrued prejudgment interest from the date of default. Plaintiffs also appeal from a supplemental judgment for attorney fees, asserting that the court improperly offset and reduced their fees. We affirm.

Based on our review of the record, we conclude that any "error" in the $51,395.14 figure was invited error. In particular, plaintiffs' counsel proposed that figure to the trial court without qualification or reservation. Consequently, plaintiffs cannot complain of any "error" in that regard. *See Calif.-Pacific Utilities v. Barry*, 254 Or 344, 347, 460 P2d 847 (1969).

We reject, without elaboration, plaintiffs' arguments pertaining to the attorney fee award.

Affirmed.